WO

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 5 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Venson Kee Yazzie,<br><br>    Defendant. | CR 02-0063-001-PCT-PGR<br><br><br><u>**ORDER**</u> |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on January 25, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.
3     DATED this 25th day of January, 2007.

                                                      */s/ Lawrence O. Anderson*
                                                      Lawrence O. Anderson
                                                      United States Magistrate Judge